1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10  BILLY WAYNE CIGGS,                                Case No. EDCV 15-467-SVW (LAL)

11                                    Petitioner,      **ORDER ACCEPTING REPORT AND**
                                                      **RECOMMENDATION OF UNITED**
12                          v.                         **STATES MAGISTRATE JUDGE**

13

14  CALIFORNIA DEPT OF CORRECTIONS
    AND REHABILITATION,

15                                    Respondent.

16

17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's

19  Report and Recommendation, and the remaining record, and has made a *de novo* determination.

20        Accordingly, IT IS ORDERED THAT:

21        1.    The Report and Recommendation is approved and accepted;

22        2.    Judgment be entered denying the Petition and dismissing this action with

23              prejudice; and

24        3.    The Clerk serve copies of this Order on the parties.

25

26

27  DATED: March 16, 2017          _____
                                   HONORABLE STEPHEN V. WILSON
28                                 UNITED STATES DISTRICT JUDGE