1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  BILLY WAYNE CIGGS, | Case No. EDCV 15-467-SVW (LAL) |
| 11                    Petitioner, | **JUDGMENT** |
| 12         v. | |
| 13 | |
| 14  CALIFORNIA DEPT OF CORRECTIONS AND REHABILITATION, | |
| 15                    Respondent. | |
| 16 | |

17
18   Pursuant to the Order Accepting Report and Recommendation of United States
19 Magistrate Judge,
20   IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.
21
22 DATED: March 16, 2017            _____
                                    HONORABLE STEPHEN V. WILSON
23                                  UNITED STATES DISTRICT JUDGE
24
25
26
27
28